# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH ANTONETTI, | |
| Petitioner, | 3:11-cv-00451-RCJ-RAM |
| vs. | |
| | **ORDER** |
| DWIGHT NEVEN, *et al.,* | |
| Respondents. | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. Petitioner has filed a motion to proceed *in forma pauperis* (ECF No. 4). Based on the information concerning petitioner's financial status, the court finds that the motion to proceed *in forma pauperis* should be denied. Petitioner must pay the full filing fee of $5.00.

**IT IS THEREFORE ORDERED** that petitioner's motion to proceed *in forma pauperis* (ECF No. 4) is **DENIED.** Petitioner shall have thirty (30) days from the date this order is **ENTERED** in which to have the designated fee sent to the clerk. Failure to do so may result in the dismissal of this action. The clerk is directed to **RETAIN** the petition but not file it at this time.

Dated this 12th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE